IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT REYES,<br>    Plaintiff,<br><br>v.<br><br>HOSPITALITY STAFFING<br>SOLUTIONS,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 08-1391<br>)<br>)<br>)<br>) |

ORDER

Plaintiff has filed a document, entitled "Plaintiff's Motion to the District Court to Reconsider Denial of Magistrate Judge's Denial of Plaintiff's Motion to Reconsider and Clarify Plaintiff's Motion to Compel Responses to Requests for Production of Documents", which the court will construe as an appeal of United States Magistrate Judge Robert C. Mitchell's non-dispositive order of March 3, 2009 [document #19]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 9th day of March, 2009, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Robert C. Mitchell,
    United States Magistrate Judge

    All parties of record