IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT REYES, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 2:08-cv-01391-RCM |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| HOSPITALITY STAFFING SOLUTIONS, | ) | US Magistrate Judge Robert C. Mitchell |
| | ) | |
| Defendant. | ) | Electronically Filed |

## **STIPULATION TO DISMISSAL WITH PREJUDICE**

The parties to this matter having agreed on a settlement, it is hereby stipulated that this matter be dismissed with prejudice.

Respectfully submitted,

By /s/Gary M. Davis
Gary M. Davis, Esquire
Counsel for Plaintiff
PA I.D. No. 26363
1700 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219
(412) 394-9000

By /s/Mari L. Myer
Mari L. Myer, Esquire
Counsel for Defendant
Georgia Bar No. 533020
The Myer Law Firm
755 Commerce Drive, Suite 800
Decatur, GA 30030
404-601-4125

6/29/09
Date

6/29/09
Date

SO ORDERED, this 29th day of June, 2009.

Gary L. Lancaster, U.S. District Judge